208 April 29, 2026 No. 359

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ELON TERRELL CAMPBELL,
*Defendant-Appellant.*

Multnomah County Circuit Court
24CR15295; A185533

Eric L. Dahlin, Judge.

Submitted April 7, 2026.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Erik Blumenthal, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Egan, Judge, and Pagán, Judge.

AOYAGI, P. J.

Affirmed. *State v. Vinge*, 337 Or App 621, 564 P3d 186, *rev den*, 374 Or 373 (2025); *see also City of Portland v. Ali*, 339 Or App 674, 569 P3d 717, *rev den*, 374 Or 372 (2025), *cert den*, ___ S Ct ___, 2026 WL 795179 (Mar 23, 2026); *City of Portland v. Sotille*, 336 Or App 741, 561 P3d 1159 (2024), *rev den*, 374 Or 372 (2025), *cert den*, ___ S Ct ___, 2026 WL 135735 (Jan 20, 2026).